SEPTEMBER 28, 1999

No. 98–791. KIMEL ET AL. v. FLORIDA BOARD OF REGENTS ET AL.; and

No. 98–796. UNITED STATES v. FLORIDA BOARD OF REGENTS ET AL. C. A. 11th Cir. [Certiorari granted, 525 U. S. 1121.] Motion of the Solicitor General for divided argument granted.

No. 98–1288. VILLAGE OF WILLOWBROOK ET AL. v. OLECH. C. A. 7th Cir. Certiorari granted limited to Question 1 presented by the petition. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 12, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 13, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 30, 1999. This Court's Rule 29.2 does not apply.

No. 98–1667. BARAL v. UNITED STATES. C. A. D. C. Cir. Certiorari granted limited to the following question: "Whether a remittance of estimated taxes or of taxes withheld from wages is a payment of tax that is subject to the limitation on tax refunds set forth in § 6511(b) of the Internal Revenue Code, 26 U. S. C. § 6511(b)?" Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 12, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 13, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 30, 1999. This Court's Rule 29.2 does not apply.